THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary; and NATHAN KAHAN, as Trustee of The Klugman Trust, Dated May 2, 2007,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LINCOLN BENEFIT LIFE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-03405 |

## JOINT STIPULATION TO DISMISS

Plaintiffs Wells Fargo Bank, N.A., as Securities Intermediary; and Nathan Kahan, as Trustee of The Klugman Trust, Dated May 2, 2007, and Defendant Lincoln Benefit Life Company, by and through their undersigned counsel, hereby stipulate and agree that this Action shall be dismissed in its entirety, with prejudice, with all Parties bearing their respective costs and attorneys' fees.

| | |
|---|---|
| ARENT FOX LLP | PANETH & O'MAHONY, PLLC |
| By: /s/ *Eric Biderman*<br>　　Eric Biderman<br>　　1675 Broadway<br>　　New York, New York 10019<br>　　Telephone: (212) 484-3900<br>　　Facsimile: (212) 484-3990<br>　　biderman.eric@arentfox.com | By: /s/ *Michael Paneth*<br>　　Michael Paneth<br>　　2329 Nostrand Avenue, Suite M-300<br>　　Brooklyn, New York 11210<br>　　Telephone: (718) 274-8888<br>　　Facsimile: (718) 372-1115<br>　　E-mail: mpaneth@polawyers.com |
| Dated: January 3, 2018 | Dated: January 4, 2018 |
| *Attorneys for Plaintiff Wells Fargo Bank, N.A., as Securities Intermediary* | *Attorneys for Plaintiff Nathan Kahan, as Trustee of The Klugman Trust, Dated May 2, 2007* |

DRINKER BIDDLE & REATH, LLP

By: /s/ *Katherine Villanueva*
Katherine Leigh Villanueva
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
katherine.villanueva@dbr.com

Dated: January 4, 2018

*Attorneys for Defendant*
*Lincoln Benefit Life Company*

IT IS SO ORDERED.

s/ NGG
Dated: January 10, 2018
Honorable Nicholas G. Garaufis
U.S. District Court, Eastern District of New York

2